|

**Respond to Selected Documents |** **Sort by date:** Descending Ascending **Display options:** All Entries

**09/29/2026**

**Pet Filed in Circuit Ct**

**Judge Assigned**

DIV 18

**Redaction Certification Filed**

**Confid Filing Info Sheet Filed**

**Summons Issued-Circuit**

Document ID: 26-SMCC-12164, for CENTENE CORPORATION

**10/15/2026**

**Notice of Service**

26-SMCC-12164.

**Corporation Served**

Document ID - 26-SMCC-12164; Served To - CENTENE CORPORATION; Served Date - 10/08/2026; Served Time - 14:24:10; Service Type - SD; Reason Description - SERV; Service Text -

**EXHIBIT**

**A**

In the
# CIRCUIT COURT
## of St. Louis County, Missouri

(Seal of the Circuit Court of St. Louis County, Missouri)

For File Stamp Only

Katrina Evans
Plaintiff(s)

vs.

Centene Corporation
Defendant(s)

9/29/26
Date

26SL-CC06560
Case Number

DIV 18
Division

**FILED**
SEP 29 2026
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

I'm filing this claim today because I was recently terminated
from my employer Centene Corporation of 11 years. I previously
filed an EEOC case on 11.19.24 for discrimination/ ~~[illegible]~~ retaliation
and received my rights to sue letter on 7.15.26. The following
week on 7.21.26 I was wrongfully terminated. I was promised
an inline promotion with my then manager Sol Davis, in which he
stated this in my yearly reviews, along with communicated this to
new manager Kelly Burns, before he transitioned to his new role
the end of 2023. Kelly, decided to promote my teammate instead
who was on the team much later than me. Once, I brought this to
her attention, she denied knowing I was next in line and offered
me a position as a lateral move, instead of promotion. After declining
this, I was immediately retaliated against, blacklisted from other
opportunities outside the department. I'm asking for a total of ~~[illegible]~~ 350,000.00 in damages plus mental state.

**SO ORDERED**

Katrina Evans
~~Attorney~~ Bar No.

Katrina Evans
Address
2640 Guildford DR Florissant MO 63033
Phone No. Fax No.
(314) 368-0189

Judge

Attorney Bar No.
Address
Phone No. Fax No.

**ENTERED:** ____________________
(Date)

Subscribed and sworn to before me this 29 day of September, 2026
in the County of St. Louis, State of Missouri.

Jenna McGarity
Notary Public

JENNA MCGARITY
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MARCH [illegible], 2028
JEFFERSON COUNTY
COMMISSION #24477396

CCOPR47-WS Rev. 02/14

In the
# CIRCUIT COURT
Of St. Louis County, Missouri

SEAL OF THE CIRCUIT COURT OF ST. LOUIS COUNTY MISSOURI

For File Stamp Only

FILED
SEP 29 2026
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Katrina Evans
Plaintiff(s)

vs.

Centene Corporation
Defendant(s)

9/29/26
Date

26SL-CC06560
Case Number

DIV 18
Division Day

## Service Instructions

Defendant Name: Centene Corporation

Address: 7700 Forsyth Blvd

City, State, Zip Code: St. Louis Mo 63105

Defendant Name: ____________________

Address: ____________________

City, State, Zip Code: ____________________

Defendant Name: ____________________

Address: ____________________

City, State, Zip Code: ____________________

Katrina Evans
Filer's Name

Katrina Evans
Filer's Signature

2640 Guildford Dr
Address

Florissant, Mo 63033
City, State, Zip Code

(314) 368-8199
Phone Number

OFFICE OF THE CIRCUIT CLERK
CIRCUIT COURT OF ST.LOUIS CO
105 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105
314-615-8035

Invoice No: 347580
Date: 09/29/26

Page: 1

Customer No: 11
Phone No:

KATRINA EVANS

Cust. Order #: 26SL-CC06560

Salesperson: #32 - PATRICIA

| Product Code | Item Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| 110 | CIVIL & EQUITY FILING | 1 | 105.50 | 105.50 |

| | |
|---|---|
| Sub-Total: | 105.50 |
| : | |
| Shipping: | 0.00 |
| Tax [ 0]: | EXEMPT * |
| Total: | 105.50 |
| : | 105.50 |
| Amount Paid: | 105.50 |
| Amount Due: | 0.00 |
| Change: | 0.00 |

T h a n k
Y o u

IN THE 21ST JUDICIAL CIRCUIT, ST LOUIS COUNTY, MISSOURI

| Name: Katrina Evans | Case Number: 26SL-CC06560 | FILED SEP 29 2026 JOAN M. GILMER CIRCUIT CLERK, ST. LOUIS COUNTY (Date File Stamp) |
|---|---|---|
| Address: 2640 Guildford DR | Case Type: | |
| Document Filed: | Style of Case: | |

## Redaction Certification

The filer certifies that all documents in this submission for filing with the court comply with all redaction **requirements of Rules 19.10, 55.025, or 84.015.**

**COR 2.02**

The responsibility for redacting confidential information rests solely with the counsel, parties, or any other person filing the document. Courts will not review each case document to ensure compliance and will not refuse to accept or file a document on that basis.

On and after the Expanded Remote Access Implementation Date: July 1, 2023

1. All redactions shall be done in a manner that makes it clear that information has been redacted. If necessary to reference the redacted information in a redacted document, filers shall use generic descriptors.
2. When a filer redacts information from a document offered for filing in any court, the filer also must file a confidential redacted information filing sheet that either:
   - has the unredacted version of the document attached; or
   - sets out the information redacted from the document with an explanation referencing where the information was redacted from in the document or the generic descriptors used in the document to reference the redacted information.
3. All filers shall affirmatively certify compliance with the redaction requirements in Rules 19.10, 55.025, and 84.015 when a document is filed. This certification shall be accomplished through an automated process implemented in the electronic filing system for its authorized users or, for filers who are not authorized users of the electronic filing system, by a paper form attached to the document or on the document itself.
4. When a motion is filed alleging a document filed with the court contains insufficiently redacted confidential information, the clerk shall raise the document's security level to a confidential setting. The court shall dispose of the motion within 30 days. If the court determines the document is sufficiently redacted, the clerk shall reset the document's security level to allow for proper public access.

**I HAVE READ AND UNDERSTAND THE ABOVE.**

9/29/26
Date

[signature]
Filer's Signature

# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 26SL-CC06560** | |
| Plaintiff/Petitioner:<br>KATRINA EVANS<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>KATRINA EVANS<br>2640 GUILDFORD DR.<br>ST LOUIS, MO 63033 | |
| Defendant/Respondent:<br>CENTENE CORPORATION | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

**The State of Missouri to: CENTENE CORPORATION**
**Alias:**
**7700 FORSYTH BLVD.**
**CLAYTON, MO 63105**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

29-SEP-2026
Date

/s/ Shanika Simmons
Clerk

**Further Information:**
SS

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

___________________________________________ (name) _____________________________ (title).

☐ other: _____________________________________________________________________________.

Served at ______________________________________________________________________ (address)
in ________________________________ (County/City of St. Louis), MO, on ___________________ (date)
at ______________ (time).

_________________________________________ _____________________________________________

Printed Name of Officer or Server | Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ____________________________ (date).

*(Seal)*

My commission expires: __________________ ____________________________
Date | Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the “neutral,” who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator’s decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) <u>Mediation:</u>** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

**OFFICE OF THE CIRCUIT CLERK**
Missouri's 21st Judicial Circuit, St. Louis County
Civil Department
105 South Central Avenue, Clayton, MO 63105
Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.
Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

7700 Forsyth

RETURN

SB 10-29

# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

Tracking # 2600552010

| | | |
|---|---|---|
| Judge or Division: ELLEN HANNIGAN RIBAUDO | Case Number: 26SL-CC06560 | |
| Plaintiff/Petitioner: KATRINA EVANS vs. | Plaintiff's/Petitioner's Attorney/Address KATRINA EVANS 2640 GUILDFORD DR. ST LOUIS, MO 63033 | |
| Defendant/Respondent: CENTENE CORPORATION | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 | (Date File Stamp for Return) |
| Nature of Suit: CC Employmnt Discrmntn 213.111 | | |

**The State of Missouri to:** **CENTENE CORPORATION** 22 DARBM S.W.
**Alias:**
**7700 FORSYTH BLVD.**
**CLAYTON, MO 63105**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

29-SEP-2026 — Date

/s/ Shanika Simmons — Clerk

**Further Information:**
SS

RECEIVED
2026 SEP 29 PM 2:53
ST. LOUIS COUNTY SHERIFF'S OFFICE

NSB 9-30



Electronically Filed - ST LOUIS COUNTY - October 15, 2026 - 12:19 PM

Electronically Filed - ST LOUIS COUNTY - October 15, 2026 - 12:19 PM

**Case Number: 26SL-CC06560**

## Officer's or Server's Return

**Note to serving officer:** Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:
Alex Ruder (name) Legal Division (title).

☐ other: ______________________.

Served at 7700 Forsyth St. Louis MO 63105 (address)
in STL (County/City of St. Louis), MO, on 10-8-26 (date)
at 9 39 A (time).

Mark Darby — Printed Name of Officer or Server

Mark Darby (Deputy) — Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ ______________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.